**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br>vs.<br>JOHN DOE subscriber assigned IP address 98.238.196.129,<br>Defendant. | Case No.: 2:26-cv-01922-WBS-CKD<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuing the Initial Scheduling Conference currently scheduled for September 21, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including October 19, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Scheduling Conference currently scheduled for September 21, 2026 is continued to December 14, 2026.

**DONE AND ORDERED**.

Dated: August 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE